**Affirmed; Opinion Filed May 24, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01100-CR
No. 05-18-01101-CR
No. 05-18-01102-CR

**LILJUAN RICHARDSON LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-29751-L, F17-29752-L, F17-29753-L**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Carlyle

Appellant Liljuan Richardson Lawrence waived a jury and entered a guilty plea to one charge of evading arrest or detention with a motor vehicle and two charges of abandoning a child without intent to return. The trial court found him guilty and sentenced him to ten years' imprisonment in each case, to run concurrently.

On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), because it presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance.[1] Counsel appears to have delivered a copy of the brief

---

[1] *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978).

to appellant. We advised appellant of his right to file a pro se response, but he did not do so.[2] We have reviewed the record and counsel's brief.[3] We agree the appeals are frivolous and without merit, finding nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Cory L. Carlyle/

CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
181100F.U05

---

[2] *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to counsel's *Anders* brief).

[3] *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LILJUAN RICHARDSON LAWRENCE,
Appellant

No. 05-18-01100-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F17-29751-L.
Opinion delivered by Justice Carlyle.
Justices Myers and Molberg participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered this 24th day of May, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LILJUAN RICHARDSON LAWRENCE,
Appellant

No. 05-18-01101-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F17-29752-L.
Opinion delivered by Justice Carlyle.
Justices Myers and Molberg participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 24th day of May, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LILJUAN RICHARDSON LAWRENCE, Appellant

No. 05-18-01102-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F17-29753-L.
Opinion delivered by Justice Carlyle.
Justices Myers and Molberg participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 24th day of May, 2019.